IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BISON PATENT LICENSING LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO.  2:25-CV-01206-JRG |
| | § | |
| LG ELECTRONICS INC. *and* LG | § | |
| ELECTRONICS U.S.A., INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time (the "Motion") filed by Defendants LG Electronics Inc. and LG Electronics U.S.A., Inc. ("LG").  (Dkt. No. 5).  In the Motion, LG moves to extend the deadline to move, answer, or otherwise respond to the Complaint (Dkt. No. 1) up to and including April 2, 2026.  (Dkt. No. 5 at 1).  LG represents that it "has agreed to waive service under the Hauge Convention in exchange" for the requested extension.  (*Id*.).  The Motion is unopposed.  (*Id*. at 3).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**.  Accordingly, it is **ORDERED** that the deadline for LG to move, answer, or otherwise respond to the Complaint (Dkt. No. 1) is **extended** up to and including **April 2, 2026**.

## So Ordered this

**Dec 31, 2025**

_____

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE